

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00475-CV

| | | |
|---|---|---|
| ONCOR ELECTRIC DELIVERY COMPANY NTU LLC, Appellant | § | On Appeal from the 90th District Court |
| | § | of Young County (34595) |
| V. | | |
| | § | October 10, 2024 |
| YOUNG CENTRAL APPRAISAL DISTRICT AND YOUNG COUNTY APPRAISAL REVIEW BOARD, Appellees | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's order is reversed and that the case is remanded to the trial court.

It is further ordered that Appellees Young Central Appraisal District and Young County Appraisal Review Board must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By __/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr